McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100
Attorneys for Defendant, Berkshire Life Insurance Company of America

By: _____
    Steven P. Del Mauro, Esq.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STUART BITTERMAN, M.D.,** | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : **Civil Action No.** |
| | : |
| **BERKSHIRE LIFE INSURANCE COMPANY** | : |
| **OF AMERICA** | : |
| **Defendant.** | : |
| | : |

## CIVIL ACTION – RULE 7.1 STATEMENT

The following is a list of all corporate parents that own more than 10% of Berkshire Life Insurance Company of America stock:  The Guardian Life Insurance Company of America.

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendant, Berkshire Life Insurance
Company of America

By: _____
    Steven P. Del Mauro, Esq.

Dated:  December 6, 2007

1025890_1.doc