# SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
### ATTORNEYS AT LAW
### 14 PENN PLAZA
### SUITE 500
### NEW YORK, N.Y. 10122

IRA S. LIPSIUS
EXTENSION 202
E-MAIL ilipsius@sfl-legal.com

(212) 563-1710
FACSIMILE (212) 695-6602
WEBSITE: www.sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, N.J. 08816
(732) 390-0166
FACSIMILE (732) 432-7706

February 1, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

RECEIVED
CHAMBERS OF
FEB 01 2008
JUDGE SCHEINDLIN

<u>VIA FACSIMILE (212-805-7920)</u>

Honorable Shira Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   Bitterman v. Berkshire Life Insurance Company
      Docket No. 07-Civ-11061 (SAS)
      <u>Our File No.: 4060.2001</u>

Dear Judge Scheindlin:

We are the attorneys for plaintiff Stuart Bitterman in the above-captioned matter.

On February 5, 2008, when this matter is on for pre-trial conference before Your Honor, I will be actually engaged in the United States Court of Appeals for the Eleventh ~~Judicial District~~ *Circuit* in a mediation on a matter entitled *AXA Equitable Life Insurance Company v. Wells Fargo Bank*, Appeal No. 07-14682-BB.

It is respectfully requested that the pre-trial conference be adjourned for a few days. In the alternative, if it is acceptable to the Court, an associate from my office will appear for the pre-trial conference.

*Plaintiff's request is granted. The conference previously scheduled for Feb. 5, 2008 is adjourned to Feb. 14, 2008, at 4:30 p.m.*

Very truly yours,

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

Date: Feb. 1, 2008    SO ORDERED

Ira S. Lipsius

ISL:bl    *Shira A. Scheindlin, USDJ*