# SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
## ATTORNEYS AT LAW
14 PENN PLAZA
SUITE 500
NEW YORK, N.Y. 10122

Writer's Extension: 226
E-mail: clipsius@sfl-legal.com

(212) 563-1710
FACSIMILE (212) 695-6602
WEBSITE: www.sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, NJ 08816
(732) 390-0166
FACSIMILE (732) 432-7706

March 10, 2008

<u>VIA FACSIMILE (212-805-7920)</u>

Honorable Shira Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007



Re:  Bitterman v. Berkshire Life Insurance Company
     Docket No. 07-Civ-11061 (SAS)
     Extension of 30 day order
     Our File No.: 4060.2001

Dear Judge Scheindlin:

We are requesting that the 30 day order of February 12, 2008 be extended for an additional 30 days as the parties are in the midst of finalizing the settlement agreement and have not completed the final documentation.

Very truly yours,

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

*Cheryl L.*

Cheryl D. Lipsius

ISL:bl

cc:   Steven Del Mauro, Esq.

*Request granted. The parties may have until April 14, 2008 to restore this case to the calendar. So Ordered: [signature] USDJ 3/10/08*