# SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP

ATTORNEYS AT LAW

14 PENN PLAZA

SUITE 500

NEW YORK, N.Y. 10122

(212) 563-1710

FACSIMILE (212) 695-6802

WEBSITE: www.sfl-legal.com

Writer's Extension: 226
E-mail: clipsius@sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, N.J. 08816
(732) 390-0166
FACSIMILE (732) 432-7706

March 28, 2008

**VIA FACSIMILE**

Honorable Shira Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007
Fax No.: (212) 805-7920

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

RECEIVED
CHAMBERS OF
MAR 28 2008
JUDGE SCHEINDLIN

Re: Bitterman v. Berkshire Life Insurance Company
Docket No.: 07-Civ-11061 (SAS)
Restore to calendar
Our File No.: 4060.2001

Dear Judge Scheindlin:

Plaintiff requests that the captioned case be restored to the calendar pursuant to the 30 day order and the extension to the 30 day order as the parties are unable to come to a settlement.

Very truly yours,

SCHINDEL, FARMAN, LIPSIUS,
  GARDNER & RABINOVICH, LLP

Cheryl D. Lipsius

CDL/ea

cc: Steven Del Mauro, Esq. (via fax)

*(April 7, 2008)*

Plaintiff's request is granted. The Clerk of the Court is directed to restore this case to the Court's docket. A conference is scheduled for April 7, 2008, at 3:00 p.m.

Date: March 28, 2008

Shira A. Scheindlin, USDJ