Ira S. Lipsius, Esq (IL 5704)
Schindel, Farman, Lipsius, Gardner & Rabinovich LLP
Attorneys for Plaintiff, Stuart Bitterman
14 Penn Plaza, Suite 500
New York, NY 10122
212-563-1710

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
M.D. STUART BITTERMAN,                    Case No. 07-Civ. 11061 (SAS)

                Plaintiff,

   -against-                                **NOTICE OF APPEARANCE**

BERKSHIRE LIFE INSURANCE COMPANY
OF AMERICA,

                Defendant.
----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the plaintiff Stuart Bitterman hereby appears in the above entitled action, and that the undersigned has been retained as attorneys for said plaintiff.

Dated: New York, New York
       April 7, 2008

                              SCHINDEL, FARMAN, LIPSIUS,
                              GARDNER & RABINOVICH LLP
                              Attorneys for Plaintiff Stuart Bitterman



                              _____
                              Ira S. Lipsius
                              14 Penn Plaza, Suite 500
                              New York, NY 10122
                              212-563-1710