UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

STUART BITTERMAN, M.D., :

          Plaintiff, :

     -against- :

BERKSHIRE LIFE INSURANCE :
COMPANY OF AMERICA,

            :
         Defendant.
------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/29/08
```

ORDER
07 Civ. 11061 (SAS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on May 7, 2008, at 10:30 a.m.  The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       April 28, 2008

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE