# SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP

ATTORNEYS AT LAW

14 PENN PLAZA

SUITE 500

NEW YORK, N.Y. 10122

(212) 563-1710

FACSIMILE (212) 695-6602

WEBSITE: www.sfl-legal.com

**MEMO ENDORSED**

Writer's Extension: 266
Email: clipsius@sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, N.J. 08816
(732) 390-0166
FACSIMILE (732) 432-7706

RECEIVED MAY 09 2008 KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/9/08

May 9, 2008

**VIA FACSIMILE (212-805-6712)**

Honorable Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street Room 540
New York, NY 10007

Re: Bitterman v. Berkshire Life Insurance Company
Docket No. 07-Civ-11061 (SAS)(KNF)
Our File No.: 4060.2001

Dear Judge Fox:

On May 7, 2008, the Court ordered that a settlement conference be held with the parties on May 27, 2008 at 10:30 A.M on the above captioned matter. Due to a scheduling conflict, Dr. Bitterman's counsel is unable to appear on that date. After conferring with all parties, it is respectfully requested that the Court change the calendar date for the settlement conference to Tuesday June 17, 2008 at 10:30 A.M.

5/9/08
Application granted.

SO ORDERED:

_____
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Very truly yours,

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

Cheryl D. Lipsius

CDL:bl

cc: Steven P. Del Mauro, Esq.