UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STUART BITTERMAN, M.D.,             :

       Plaintiff,             :

     -against-             :       ORDER
                           07 Civ. 11061 (SAS)(KNF)
BERKSHIRE LIFE INSURANCE             :
COMPANY OF AMERICA,
                           :

       Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/10/08

       The settlement conference scheduled previously for June 17, 2008, at 10:30 a.m., is canceled. It shall be held on July 14, 2008, at 2:30 p.m., before Kevin Nathaniel Fox, United States Magistrate Judge, in courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
       June ___9___, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE