UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STUART BITTERMAN, M.D.,                :

        Plaintiff,          :              ORDER

    -against-                  :              07 Civ. 11061 (SAS)(KNF)

BERKSHIRE LIFE INSURANCE COMPANY  :
OF AMERICA,
                                   :
        Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The settlement conference previously scheduled for July 14, 2008, at 2:30 p.m. will be held on **September 30, 2008, at 10:30 a.m.**

Dated: New York, New York            SO ORDERED:
       July 16, 2008

                                                                                         _Kevin Nathaniel Fox_
                                                          KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE