SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP

ATTORNEYS AT LAW

14 PENN PLAZA

SUITE 500

NEW YORK, N.Y. 10122

(212) 563-1710

FACSIMILE (212) 695-6602

WEBSITE: www.sfl-legal.com

IRA S. LIPSIUS
EXTENSION 202
E-MAIL ilipsius@sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, N.J. 08816
(732) 390-0100
FACSIMILE (732) 432-7706

**MEMO ENDORSED**

July 18, 2008

<u>**VIA FACSIMILE (212-805-6712)**</u>

Honorable Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street Room 540
New York, NY 10007

RECEIVED
JUL 18 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/08

Re:  Bitterman v. Berkshire Life Insurance Company
     Docket No. 07-Civ-11061 (SAS)(KNF)
     Our File No.: 4060.2001

Dear Judge Fox :

We represent Dr. Stuart Bitterman, the plaintiff in the above referenced matter. This court has scheduled a settlement conference to take place on September 30, 2008 at 2:30 pm, on the Jewish New York.

This year the Jewish holiday season is as follows:

| | |
|---|---|
| Rosh Hashana, the Jewish New Year | September 29- October 1, 2008 |
| Yom Kippur | October 8 and October 9, 2008 |
| Succoth | October 13 (PM) and October 14, 2008, October 15, 2008, October 20 ,2008 (PM) , October 21, 2008 and October 22, 2008 |

Neither Dr. Bitterman nor I can attend a mediation on any of those dates. We respectfully request that the conference be rescheduled.

7/18/08

The settlement conference previously scheduled for September 30, 2008, will be held on September 24, 2008, at 10:30 a.m.

SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP

Page 2
Honorable Kevin Nathaniel Fox
July 18, 2008

    I thank the Court for its assistance in this matter.

                      Very truly yours,

                      SCHINDEL, FARMAN, LIPSIUS,
                      GARDNER & RABINOVICH, LLP

                      Ira S. Lipsius

ISL/CDL/ea

cc:    Steven P. Del Mauro, Esq. (via facsimile)