# McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

STEVEN P. DEL MAURO
Direct dial: (973) 565-2037
sdelmauro@mdmc-law.com



**MEMO ENDORSED**

July 22, 2008

Honorable Kevin Nathaniel Fox, U.S.M.J.
United States Courthouse, Room 530
500 Pearl Street
New York City, NY  10007-1312

      RE:   **Stuart Bitterman, M.D. v. Berkshire Life
             Insurance Company of America
             Civil Action No.:  07-cv-11061
             MDMC File No. B0566-1005**

Dear Judge Fox:

      Please be advised that our office represents defendant, Berkshire Life Insurance Company of America in connection with the above matter.  We acknowledge receipt of Your Honor's endorsed order dated July 18, 2008, resetting the settlement conference from September 30 to September 24, 2008, at 10:30 a.m.  On behalf of Berkshire Life, we respectfully request Your Honor to reschedule the settlement conference in this cause.

      The reason for our request is that I will be unavailable for the settlement conference.  I am scheduled to attend the International Claim Association annual meeting to be conducted in California leaving Saturday, September 20 and returning Wednesday, September 24th.  During the International Claim Association annual meeting, I am scheduled to deliver a speech on Tuesday, September 23, and as such my attendance is necessary.  As I will be traveling on the day set for the conference to return home, I will not be available.

7/25/08
The settlement conference will be held on September 3, 2008, at 10:30 a.m.

SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

---

NEW YORK, NEW YORK     DENVER, COLORADO     RIDGEWOOD, NEW JERSEY     MORRISTOWN, NEW JERSEY     PHILADELPHIA, PENNSYLVANIA

## McElroy, Deutsch, Mulvaney & Carpenter, LLP

Honorable Kevin Nathaniel Fox, U.S.M.J.
July 22, 2008
Page 2

      May we respectfully request Your Honor's kind courtesy in rescheduling the settlement conference in this regard.

                      Respectfully submitted,

        McElroy, Deutsch, Mulvaney & Carpenter, LLP

                        Steven F. Del Mauro

SPD:bk
Enclosure
cc:    Ira Lipsius, Esq.
1117723_1.DOC