# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW



THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

## MEMO ENDORSED



STEVEN P. DEL MAURO
Direct dial: (973) 565-2037
sdelmauro@mdmc-law.com

August 29, 2008

**VIA FACSIMILE**
Honorable Kevin Nathaniel Fox, U.S.M.J.
United States Courthouse, Room 530
500 Pearl Street
New York City, NY 10007-1312

    RE:    Stuart Bitterman, M.D. v. Berkshire Life
             Insurance Company of America
             Civil Action No.: 07-cv-11061
             **MDMC File No. B0566-1005**

Dear Judge Fox:

       Please be advised that our office represents defendant, Berkshire Life Insurance Company of America in connection with the above matter. We have obtained consent of our adversary to adjourn the settlement conference currently scheduled for Wednesday, September 3, 2008, at 10:30 a.m.

       Thank you for your kind courtesy in this regard.

                        Respectfully submitted,

            McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                        Steven P. Del Mauro

SPD:bk
cc:    Cheryl Lipsius, Esq. (via facsimile)
Enclosure
1133719_1.DOC

9/2/08
*The settlement conference previously scheduled for ~~September~~ 3, 2008, will be held on October 13, 2008, at 10:30 a.m.*
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.